# United States Court of Appeals
## For the First Circuit

Nos. 07-1205
    07-1398

UNITED STATES OF AMERICA,

Appellee,

v.

RENÉ VÁZQUEZ-BOTET, M.D. and
MARCOS MORELL-CORRADA,

Defendants, Appellants.

_____

**ERRATA SHEET**

The opinion of this Court issued on July 9, 2008, is amended as follows:

On page 4, line 6:  change "Camrona" to "Carmona."